

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 6, 2024

**BY ECF and EMAIL**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

The time between now and 12/20/24 is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable the Government to provide, and Defendant and his counsel to review, the discovery, and to discuss a possible disposition if appropriate.

SO ORDERED.
*/s/ Cathy Seibel*   12/6/24
CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Diana Martucci*, 24 Cr. 664 (CS)

Dear Judge Seibel:

The Government writes, with the consent of defense counsel, to respectfully request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between December 19, 2024, and December 20, 2024.

On December 3, 2024, a Grand Jury in this District returned Indictment 24 Cr. 664. (Dkt. 2). On December 5, the defendant was presented before United States Magistrate Judge Judith C. McCarthy, and time was excluded between December 5, 2024, and December 19, 2024. (Minute Entry dated Dec. 5, 2024). An initial conference is scheduled before Your Honor on December 20, 2024.

The ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the exclusion of time will allow the Government to begin producing discovery, the defendant to review discovery, and the parties to discuss a resolution in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ Jared Hoffman
Jared Hoffman
Assistant United States Attorney

cc:        Jane White, Esq. (by ECF and Email)