

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 28, 2025

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Diana Martucci*, 24 Cr. 664 (CS)

Dear Judge Seibel:

The Government respectfully writes, with the consent of defense counsel, to request that the status conference on February 6, at 12:00 p.m. be rescheduled to February 11, at 4:15 p.m. The Government understands that the Court and defense counsel are available then.

If the Court grants the Government's request to reschedule the status conference, the Government requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between February 6 and February 11. The ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the exclusion of time will allow the defendant to continue to review discovery and the parties to discuss a resolution without need for trial.

Conference adjounred to 2/11/25 at 4:15 pm. The time between now and 2/11/25 is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defense to continue its review of discovery and the parties to discuss a potential disposition without trial

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney
Southern District of New York

By: /s/ Jared Hoffman
Jared Hoffman
Assistant United States Attorney

SO ORDERED.
*Cathy Seibel* 1/29/25
CATHY SEIBEL, U.S.D.J.

cc: Jane White, Esq. (by ECF and Email)