# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 25, 2025

<u>VIA EMAIL & ECF</u>
Honorable Cathy Seibel
United States District Judge
Southern District of New York
Charles L. Brieant Courthouse
300 Quarropas Street
White Plains, NY 10601

Ms. Martucci may travel as requested, but she is reminded that she is facing a large restitution obligation and would be well advised to manage her financial affairs accordingly.

SO ORDERED.

*Cathy Seibel*   6/25/25
CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Diana Martucci*
      24 Cr 664 (CS)

Dear Honorable Judge Seibel,

     Ms. Martucci requests permission to travel to Reading, Pennsylvania to attend her daughter's softball tournament from this Friday, June 27 until Sunday, June 29. She has provided her hotel itinerary to Pretrial Services. Pretrial Services and the Government do not object to this request. Thank you for your consideration.

                                            Respectfully submitted,
                                            /s/ Jane White

                                            Jane White
                                            Assistant Federal Defender
                                            Federal Defenders of New York
                                            ph. 917-623-7543

cc:   AUSA Jared Hoffman
      Pre-Trial Services Officer Andrew Abbott